UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SPOT FREIGHT, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:23-cv-01760-TWP-MKK |
| WANLE SERVICES LLC, SUFKA TRUCKING LLC, and SOMPO INTERNATIONAL, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUFKA TRUCKING LLC AND SOMPO INTERNATIONAL, ONLY**

This matter came before the Court on Plaintiff's Notice of Dismissal Without Prejudice as to Defendants Sufka Trucking LLC and Sompo International, Only.

IT IS HEREBY ORDERED that the claims against Defendants Sufka Trucking LLC and Sompo International are dismissed, without prejudice, with each party bearing its own costs.

Date: 6/3/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record.